# THE PARKER LAW GROUP P.C.

28 VALLEY ROAD
MONTCLAIR, NEW JERSEY 07042
PHONE: 347-292-9042
ghp@parkerlawusa.com

April 11, 2025

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York

**Re:**  *Stason Sutton v. C & K 1285 Owner LLC, RXR 1285 Owner LLC and Chop't Creative Salad Company LLC*

**Docket No. 1:25-cv-00706 (LJL) (SLC)**

Dear Judge Liman:

   We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the April 28, 2025 conference to the week of May 27, 2025 or a date thereafter that is convenient to the Court. The reason for this request is because Defendants C & K 1285 Owner LLC and RXR 1285 Owner LLC have not yet appeared by counsel in this action and plaintiff desires to utilize this additional time to obtain the appearance of these defendants. This is the first application to adjourn the conference. Plaintiff has contacted counsel for appearing defendant Chop't Creative Salad Company LLC regarding this adjournment request but has not received a response. Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

Glen H. Parker, Esq.

The initial pretrial conference scheduled for April 28, 2025 is adjourned to May 29, 2025 at 11:00 AM.

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

April 14, 2025