# THE PARKER LAW GROUP P.C.

28 Valley Road
Montclair, New Jersey 07042
Phone: 347-292-9042
ghp@parkerlawusa.com

November 6, 2025

Via ECF
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York

    Re:    *Stason Sutton v. C & K 1285 Owner LLC, RXR 1285 Owner LLC and Chop't Creative Salad Company LLC*
           **Docket No. 1:25-cv-00706 (LJL) (SLC)**

Dear Judge Liman:

    We represent the plaintiff in the above-entitled action. Plaintiff respectfully asks the Court to extend the deadline for an application to restore this action *sine die* and to compel Defendants to either execute the settlement agreement forthwith; or advise the Court that they do not intend to execute the agreed to settlement.

    By way of background, on October 1, 2025, the parties reached an agreement to settle through the S.D.N.Y. mediation program. On October 9, 2025, Defendants stated that they were in agreement on the terms and that they expected "to circulate the agreement later today/tomorrow for execution by all parties." On October 10, 2025, Defendants provided Plaintiff with a clean copy of a finalized settlement agreement for execution by all parties. On October 14, 2025, Plaintiff provided the Defendants with the settlement agreement signed by the Plaintiff.

    On October 8, 2025, Your Honor issued an Order stating that the Court has been informed that the parties have reached a settlement and Ordered that the action was dismissed without prejudice to restoring the action within 30 days of the Order. (See ECF Document #34).

    To date, Defendants have not provided the settlement agreement executed by their clients or offered any justification for the failure to do so in light of Your Honor's Order. Plaintiff has requested the Defendants to provide the settlement agreement executed by their clients. Plaintiff's counsel has also made telephone calls to defense counsel to follow up on this request. Defendants have ignored Plaintiff's requests.

    Thank you for your time and attention to this matter. With kindest regards, I am

very truly yours,

*/s/ Glen H. Parker*

Glen H. Parker, Esq.

---

The time to move to reopen is extended to December 8, 2025. Upon reopening, Plaintiff may move to enforce the settlement agreement.

SO ORDERED.

*/s/ Lewis J. Liman*
LEWIS J. LIMAN
United States District Judge

November 7, 2025